# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HIPOLITO PARANI, JR., et al.,<br><br>   Plaintiffs,<br>v.<br>UNITED STATES OF AMERICA,<br><br>   Defendant. | Case No.: 20-cv-2099-MMA (RBB)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>[Doc. No. 15] |

On August 26, 2021, the parties filed a joint motion to dismiss pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Upon due consideration, good cause appearing, the Court **GRANTS** the joint motion and **DISMISSES** this action in its entirety with prejudice.  Each party shall bear its own costs and attorney's fees.  The Court further **DIRECTS** the Clerk of Court to terminate all pending deadlines and close this case.

**IT IS SO ORDERED.**

Dated:  August 27, 2021

*/s/ Michael M. Anello*
HON. MICHAEL M. ANELLO
United States District Judge